# IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR EDUARDO ROMERO-MANZO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80744

FILED

APR 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Findings of Fact, Conclusions of Law and Order denying/dismissing Petition for Writ of Habeas Corpus." Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge; Janet Berry, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, no decision had been made on the petition when appellant filed his notices of appeal on March 3, 2020, and March 4, 2020. Thus, the notices of appeal are premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). To the extent that appellant's appeal is in regard to the judgment of conviction entered on December 15, 2016, the notices of appeal are untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). To the extent that appellant's appeal is in regard to the "Order (1) to Supplement Motion for Withdrawal of Attorney; and (2) Vacating November 8, 2019 Evidentiary Hearing," no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no

20-12473

statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Chief Judge, Second Judicial District Court
Hon. Janet Berry, Senior Judge
Hon. Kathleen M. Drakulich, District Judge
Cesar Eduardo Romero-Manzo
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk